UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NICHOLAS J. FIORILLO, TRACY KROWEL, ROBERT DEPIETRI Jr., and KIMBRLY DEPIETRI, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID G. MASSAD, PAMELA MASSAD, MARCELLO MALLEGNI, MICHAEL NORRIS, COMMERCE BANK AND TRUST COMPANY, GAMEWELL REALTY, INC., LBM FINANCIAL, INC., and WOLFPEN FINANCIAL, LLC, <br><br> Defendants. | C.A. No.: 07-40015-FDS |

**Plaintiff's Automatic Discovery Disclosures**

The Plaintiffs hereby make the following required disclosure to Defendants.

pursuant to Fed. R. Civ. P. 26.

**1.    Individuals Likely to Have Discoverable Information**

The Plaintiffs believe that the following parties have discoverable information. The Plaintiffs reserve the right to revise, add to, or supplement the above information as additional information becomes available.

    David Massad
    Pamela Massad
    Michael Angelini
    Paul Leweski
    Renee Turney
    Howard D'Mico
    Herb Ingram
    Marcello Melligeni

       Nicholas Fiorillo
       Tracy Krowel
       Frank Fiorillo
       David Depetri
       William Depetri
       Robert Depetri
       Kimberly Depetri
       James Tavano
       David Mandara
       Roy Bourgeois
       Aaron Cohen
       Steve Daly
       William Abraham
       Dale Sharski
       Kurt Binder
       Alan Mason
       Santo Acuri
       Kenneth Lacourse
       John Cohen
       Warner Theisean
       Brian Thompson
       Kevin McManus
       Phillip Coppinger
       Michael Crawford
       Joseph Reidy
       Wendy Mead
       James Ehrhard

**2.**      **Documents Relevant to the Disputed Facts (attached)**

The plaintiffs state that documents concerning all the real estate deals as set forth in the complaint are relevant. These may be obtained from a variety of locations including:

       Offices of the plaintiffs
       Offices of the defendants
       Offices of third parties such as Title Insurers etc. or outside counsel.

Documents currently available for copying in the office of plaintiff's counsel include:

       <u>219 Forest Trust</u>:
       Affidavit of Robert DePietri, Jr.
       Correspondence with Attorney Michael Norris with Depietri

Rosewood Management, DePietri, Correspondence with Mallegni
Correspondence between Attorney Norris and Depietri
Loan Modification Agreement 3/31/04
Loan Modification Agreement 2/2/04
Assignment of Mortgage and Security Agreement 12/4/02
Mortgage and Security Agreement and Assignment 1/26/07
Allonge to Promissory Note 1/2/04
Schedule of Losses as of 6/7/07 (atty/client priv??)
Summary of 219 Forest Street Realty Trust loans from LBM Financial,
Wolfpen Financial, Hudson Savings Bank and Commerce Bank
US Bankruptcy Court Summary of Schedules


Erie Ave Project :
Kenneth Lacourse Affidavit
Correspondence Attorney Norris and Aaron with Zimble & Brettler
Correspondence between Courtney Mayo and Wendy Mead
Mortgage and Security Agreement, Art. I, 11/14/2005

57 East Main Street
57 East Main Street LLC, Summary of Loan from LBM
Correspondence between Riemer Braunstein and The Depietri's
Response to Jeffrey Ganz Letter Regarding Cash Call made on Mallegni's

425 Salisbury Street:
Settlement Statement from US Department of Housing and Urban
Development 7/26/04
Correspondence between Kotseas and Morris Bergman
Correspondence between Attorney Howard D'Amico and James Ehrhard
Correspondence between Kurt Binder and Ehrhard
Correspondence between Ehrhard and Tracy Krowel
Correspondence between Tracy Krowel and Duarte Silva
Copy of Tracy Krowel checks
Correspondence between Ehrhard and Norris
Purchase and Sale Agreement Manzi to Fiorillo, dated only 2005

88 Shrewsbury Street:
88 Shrewsbury Street: Schedule of Losses
88 Shrewsbury Street: Offer to Purchase 9/6/06
88 Shrewsbury Street Marlborough Savings Bank Statements
88 Shrewsbury Street LBM Financial Statements 8/2/06; 9/12/2006
LBM Financial Statements: 9/12/06
Stone Services Invoices to Shrewsbury Street Investment, LLC
Environmental Compliance Services Invoices 10/25/05
Shrewsbury Street Market Revised 3/28 (no year)

Ventech Proposal 2/15/05
LeClair Electric Invoices 2/5/05
Offer to Purchase, 86 Shrewsbury Street, 10/7/04
Purchase and Sale Agreement, 11/04 T&H Realty Trust to Fiorillo
Shrewsbury Street Market Revised 2/14 (no year)
Shrewsbury Street Market Revised 2/7 (no year)
Correspondence between Fletcher, Tilton & Whipple and Depietri

Old Center Village Realty Trust:
Old Center Village Realty Trust/LBM Financial- Pleasant Street Statement
230 Maple Street-Norris Deposition
Correspondence Norris and David Scribner
Correspondence between Norris and Attorney Laura Mann- Regarding
Closing Documents for 230 Maple Street
230 Maple Street Operating Statement
230 Maple Street Operating Agreement

230 Maple Street:
Affidavit of Aaron Cohen
Correspondence between Cohen and Mark Fitzgerald
230 Maple Purchase and Sale Agreement, 1/2004 and Addendum 1/2004
Correspondence between Depietri and David Koznik
Correspondence between Connolly and Norris\
230 Maple Street Deed 4/8/04
Correspondence between Norris and Susan Enterkin
Correspondence between Norris and Paci
230 Maple Discharge of Mortgage 3/5/04
Correspondence between Cohen and Fitzgerald

Gamewell Documents :
Correspondence between Binder and Ehrhard
Correspondence between Fletcher, Tilton & Whipple and Shrewsbury Street Development
Correspondence between Fiorillo and Gamewell Realty
Correspondence between Ehrhard and Lane
Correspondence between Seder and Ehrhard
Gamewell Promissory Note 9/13/2002
Mortgage and Security Agreement, Gamewell 9/13/02
Loan Agreement between Chase Building Associates and Commerce bank, 9/20/2000
Loss Summary for 267 Shrewsbury Street

Evergrass Folder:
Evergrass Forbearance Agreement 7/07
Authorization to Pay Attorney Evergrass to LBM Financial

      Loan Commitment, LBM to Evergrass 4/19/2005
      Evergrass Note, 4/19/2005
      Mortgagee's Notice of Sale of Real Estate, 8/29/2005 by Depietri and LBM

      <u>Loose Documents:</u>
      Fiorillo Legal Engagement Documents including Financials in Fiorillo v.
      Gamewell Redweld
      Katherine Rooney/Arcuri Transaction
      Fiorillo Correspondence Folder
      Fiorillo Settlement and Release
      Depietri Injunction Materials
      Evergrass Foreclosure
      Epstein Documents

      **LBM Financial v. Evergrass**
      4 North Pond Road HUD Settlement
      Evergrass Forbearance Agreement 7/2007
      4 North Pond Road Guaranty 4/19/2005

      **Mallegni v. 57 N. Main Street/**
      Attachment for Legal Fees

      Norris and Mallegni Depos
      Fiorillo Hearing Transcripts 1/22/07


**3.**    **Computation of the Plaintiff's Damages**

      Unclear as of this date.

The Plaintiffs reserve the right to revise, add to, or supplement the above information relating to damages as additional information becomes available.

                    Respectfully submitted,

                    PLAINTIFFS,
                    By their attorneys,

                    */s/ Paul J. Andrews*_____
                    Jeffrey A. Denner, BBO #120520
                    Robert S. Sinsheimer, BBO#464940
                    Paul J. Andrews, BBO#558574
                    Raipher D. Pellegrino, BBO#560614
                    DENNER ♦ PELLEGRINO, LLP
                    Four Longfellow Place, 35th Floor
                    Boston, MA 02114
                    (617) 227-2800

Dated: May 23, 2008