UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICHOLAS J. FIORILLO, et al., )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>DAVID G. MASSAD, et al., )<br>    Defendant. )<br>) | Civil Action No. 07-40015-FDS |

### SHREWSBURY STREET DEVELOPMENT COMPANIES, INC. DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1, Shrewsbury Street Development, Inc. states that no parent and or publicly held corporation, owns tens percent or more of its stock.

Shrewsbury Street Development
Companies, Inc.
by its attorney,


/s/ Thomas J. Butters_
Thomas J. Butters
BBO No. 068260
Butters Brazilian LLP
1 Exeter Plaza
Boston, MA  02116
(617)367-2600


Dated: August 28, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

      /s/ Thomas J. Butters
         Thomas J. Butters